# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL G. BARER,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and JOHN DOES I-III,<br><br>Defendants. | Cause No: cv-22-00109-JTJ<br><br><br>**ORDER** |

Before the Court is the Defendant Metropolitan Property And Casualty Insurance Company's *Unopposed Motion to Vacate and Stay Disclosure Requirements And Preliminary Pretrial Conference Deadlines*. The Motion is supported by good cause and is unopposed.

THEREFORE, the Defendant's *Unopposed Motion to Vacate and Stay Disclosure Requirements And Preliminary Pretrial Conference Deadlines* is hereby GRANTED. The Preliminary Pretrial Conference scheduled in this matter on January 11, 2023, is vacated, and all disclosure requirements, as well as all deadlines

provided in the Court's Order[1] of November 30, 2022, are vacated and shall be held in abeyance until March 30, 2023.

By or on March 30, 2023, the parties shall file a status report with the Court indicating whether the case has been resolved and if they request scheduling of preliminary pretrial conference matters.

DATED this 13th day of December, 2022.

_____
John Johnston
United States Magistrate Judge

---

[1] Doc. 7.