IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | | |
|---|---|---|
| MICHAEL BARER, | ) | Cause No.: cv-22-109-BMM-JTJ |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| METROPOLITAN PROPERTY & | ) | ORDER CASUALTY |
| INSURANCE COMPANY, | ) | |
| and IRONSHORE INDEMNITY INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

Plaintiff's *Combined Status Report and Unopposed Motion to Extend Stay Regarding Disclosure Requirements and Preliminary Pretrial Conference Deadlines* is hereby GRANTED.  The existing stay of Preliminary Pretrial Conference and disclosure deadlines is extended form the existing May 31, 2023 deadline to June 23, 2023.

By June 23, 2023, the parties shall file a status report with the Court

indicating whether the case has been resolved.  No further extensions of the stay will be entertained by the Court.

Dated this 25th day of May, 2023.

John Johnston
United States Magistrate Judge