# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL G. BARER,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, IRONSHORE INDEMNITY, INC., and JOHN DOES I-III,<br><br>Defendants. | Cause No: cv-22-109-BMM-JTJ<br><br><br>**ORDER** |

Before the Court is the *Unopposed Motion To Modify Scheduling Order Deadlines* filed by Defendant Farmers Property And Casualty Insurance Company ("Farmers"). The Motion is unopposed and is supported by good cause.

THEREFORE, the Defendant Farmers' *Unopposed Motion to Modify Scheduling Order Deadlines* is hereby GRANTED. The Scheduling Order[1] of July 27, 2024, is modified such that the following new deadlines shall govern the case:

---
[1] Doc. 31.

| Plaintiff's Liability and Damages Expert Disclosure, and Defendants' liability expert disclosure | April 26, 2024 |
|---|---|
| Defendants' Damages Expert Disclosure | May 27, 2024 |
| Close of Discovery and objections to authenticity and identity of documents | July 26, 2024 |
| Filing of pretrial motions (FULLY BRIEFED), other than discovery motions | August 9, 2024 |

All other provisions of this Court's Scheduling Order (Doc. 31) remain in effect.

DATED this 30th day of January, 2024.

John Johnston
United States Magistrate Judge